WILLIAM E. WHITEHEAD & another *vs.* RICHARD KITSON.

Middlesex.    January 17. — 22, 1876.    COLT & ENDICOTT, JJ., absent.

This court has no jurisdiction in equity of a bill by the patentee of an invention for
an injunction against a person falsely representing that the plaintiff's patent in-
fringes upon a patent owned by himself, and thereby deterring others from pur-
chasing the plaintiff's invention.

BILL IN EQUITY alleging that the plaintiffs held letters patent
of the United States for a new and useful improvement in "feed-
ing mechanisms for cotton-openers," which the plaintiff White-
head was the inventor of and had assigned his right in to himself
and the other plaintiff jointly ; that the plaintiffs proceeded to
manufacture this invention and to introduce it into public use,
and expended much time and money in so doing ; that the de-
fendant, his attorneys, servants and agents, falsely represented to
sundry persons who would be likely to buy the plaintiffs' inven-
tion, that the plaintiffs' patent interfered with a patent owned
by the defendant, and that the plaintiffs could not make, vend
or use their improved mechanism without infringing the defend-
ant's patent, and that all persons who should use it would become
liable to the defendant as infringers of his patent ; and that by
these false representations many persons were deterred from pur-
chasing said improved mechanism.   The bill prayed for discovery,
injunction and further relief.

The defendant demurred for want of equity.    *Wells, J.,* sus-
tained the demurrer, and the plaintiff appealed.

*D. H. Rice,* for the defendant.

*F. T. Greenhalge,* for the plaintiffs.

BY THE COURT.    The case stated in the bill is not within the
jurisdiction of a court of equity.    *Boston Diatite Co.* v. *Florence
Manufacturing Co.* 114 Mass. 69.    *Prudential Assurance Co.* v
*Knott,* L. R. 10 Ch. 142.

                    *Demurrer sustained, and bill dismissed.*